v. JOSEPH P. D'ANGELO.— [In each action] Order of substitution of attorneys entered.

■ CHARLES E. WOOD, Appellant, v. SUZANNE L. WOOD, Respondent.— Motion for counsel fees and payment of disbursements to resist appeal denied, without prejudice to the right of respondent to make a similar application to the Special Term.

■ HULBERT FORWARDING COMPANY, INC., Plaintiff, v. JOHN X. McCONKEY et al., Defendants. (And Three Other Actions.) — Appeal by Andrea S. Roth, appellant in Action No. 4, dismissed unless records and briefs are filed and served on or before September 25, 1961.

■ MURRAY G. AMEY et al., Respondents, v. ALTADALE CORPORATION, Appellant, et al., Defendants.— Appellant directed to file original record by September 16, case set down for argument at September 1961 Term and respondents may file typewritten briefs at time of argument; application for final order of dismissal of appeal denied.

■ In the Matter of RAY B. MARTIN, on Behalf of Himself and Others, Appellant, v. WILLIAM E. BURKE et al., Respondents.— Motion by New York State Association of Urban Renewal Officials to file brief *amicus curiæ* granted.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERARD DENNIS, Respondent, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Appellant.— Motion to vacate order dismissing appeal denied.

■ (A) THOMAS MECCA v. MICHAEL PITTRO et al. (B) ANTHONY R. GIARIZZO v. LEROY SYKES et al. (C) RONALD SIMMONS, by MATILDA SIMMONS, His Guardian ad Litem, et al. v. ROCHESTER TRANSIT CORPORATION et al. (D) HARRY C. MILLER v. GREY B. MILLER. (E) In the Matter of the Construction of the Will of JOHN T. ASKEY, Deceased. (F) INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY v. RICHARD PASSALACQUA et al. (G) In the Matter of the Final Accounting of THOMAS W. SLAIGHT, as Executor of LUELLA H. GAMBLE, Deceased. (H) ERIE COUNTY BOARD OF SOCIAL WELFARE et al., v. JAMES CODY. (I) ANTHONY PALUMBO v. JAMES F. BUTLER, as Commissioner of Public Safety of the City of Rochester et al. (J) JULIA FOX, as Administratrix of the Estate of GERALD W. FOX, Deceased, v. STATE OF NEW YORK. (K) ROGER BOOK v. ROBERT C. LEE et al. (L) ROBERT C. LEE v. GERALD A. WEINGARTNER. (M) FRANCIS B. WILMOT v. ONONDAGA COUNTY SAVINGS BANK et al. (N) CHARLES KASDORF v. GERTRUDE MATTLE. CHARLES KASDORF v. GERTRUDE MATTLE et al. (O) HARRIET N. THORP, as Administratrix of the Estate of THEODORE G. THORP, Deceased, v. HELEN A. CARLSON, as Administratrix of the Estate of DONALD F. CARLSON, Deceased. (P) PABLO O. RIVERA v. RICHARD R. NAJDER.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE AHLET. (Richard A. Bernstein, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. DENNIS R. DEY. (Henry E. Taylor, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL JAMES McCULLOUGH. (Robert Failmetzger, Esq.) (D) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN EMMONS. (Maurice Axenfeld, Esq.) (E) THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH J. ROBERTS. (Anthony J. Fernicola, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. MATTHEW CARNEY. (William J. Burke, Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK v. SYLVESTER HOWARD. (James H. Biben, Esq.) (H) THE PEOPLE OF THE STATE OF NEW YORK v. LUTHER VARNER. (Arnold T. Lieberman, Esq.) (I) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT E. SCHWACH. (Nathan Bork, Esq.)— [In each action] Motion granted to prosecute appeal on original record, typed briefs, and counsel assigned.